**Opinion filed November 15, 2018**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-18-00047-CR & 11-18-00048-CR

_____

## ROBERT DEMISON, III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause Nos. 23622 & 23623**

## M E M O R A N D U M   O P I N I O N

A jury previously convicted Appellant, Robert Demison, III, of the offenses of aggravated assault with a deadly weapon and assault against a public servant. We affirmed those convictions in a prior opinion but remanded the causes for a new punishment hearing. *See Demison v. State*, Nos. 11-15-00126-CR, 11-15-00127-CR, 2017 WL 3573254, at *9 (Tex. App.—Eastland Aug. 17, 2017, no pet.) (mem. op., not designated for publication). On remand, a jury assessed Appellant's punishment at confinement for sixty-five years and twenty years, respectively, and

also assessed a fine of $5,000 in each cause. The current appeals stem from the punishment hearing conducted on remand. We affirm.

Appellant's court-appointed counsel has filed in this court a motion to withdraw as counsel in both appeals. The motion is supported by a brief in which counsel professionally and conscientiously examines the records and applicable law and concludes that there are no meritorious issues to present on appeal and that the appeals are frivolous. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a copy of the clerk's records and the reporter's record. Counsel advised Appellant of his right to review the record in each cause and file a response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review with the clerk of the Texas Court of Criminal Appeals seeking review by that court. *See* TEX. R. APP. P. 48.4, 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeals are frivolous.[1]

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to TEX. R. APP. P. 68.

The motion to withdraw is granted in each cause, and the judgments of the trial court are affirmed.

PER CURIAM

November 15, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Wright, S.C.J.,[2] and Judge Satterwhite.[3]

Bailey, C.J., and Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

[3]Rodney W. Satterwhite, 441st District Court, Midland, sitting by assignment.